

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00363-CV

Joseph Andrew **BURT**, II,
Appellant

v.

**DENNY'S, INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV02727-A
Honorable Karen Crouch, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Denny's, Inc., recover its costs of this appeal from appellant, Joseph Andrew Burt, II.

SIGNED March 25, 2020.

_____
Irene Rios, Justice